UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-02104-FMO-SSC          Date: April 29, 2026

Title      Tuy-Cux Diego v. J. Johnson


Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge


| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |


**Proceedings:   (IN CHAMBERS) Order Referring Case to the Federal Public Defender to Consider Appointment of Counsel**


Petitioner, an immigration detainee who is proceeding *pro se*, initiated an action for writ of habeas corpus under 28 U.S.C. § 2241. (ECF 1.)  Although Petitioner does not seek appointment of counsel, the interests of justice require such appointment.

There is no absolute right to appointment of counsel in habeas proceedings.  *Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). Appointment of counsel may be authorized at any stage of the proceedings, however, if "the interests of justice so require[.]"  18 U.S.C. § 3006A(a)(2).  The decision of whether to appoint counsel in a habeas proceeding turns on a petitioner's ability to articulate his claims *pro se* in light of the complexity of the legal issues involved and his likelihood of success on the merits.  *See Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-02104-FMO-SSC                    Date: April 29, 2026

Title      Tuy-Cux Diego v. J. Johnson


Here, the *Weygandt* factors sufficiently support the appointment of counsel to represent Petitioner.  The office of the Federal Public Defender for the Central District of California (FPD) has indicated that it will accept appointments to represent *pro se* petitioners in immigration-related habeas corpus proceedings such as this one.  Accordingly, the Court REFERS this case to the FPD for consideration of appointment of counsel for Petitioner.  The FPD is ORDERED to file a response within seven days of this order's issuance, indicating whether the FPD will represent Petitioner in this matter.  This obligation shall be satisfied if the FPD files a notice of appearance in this case.  The Clerk of Court is DIRECTED to serve a copy of this order on the FPD.


**IT IS SO ORDERED.**

cc:  FPD (ATTN:  Jonathan_Aminoff@fd.org)


|                        | :    |
| ---------------------- | ---- |
| Initials of Preparer   | **ts** |