**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TUY-CUX DIEGO, | Case No. ED CV 26-2104 FMO (SSC) |
| Petitioner, | |
| v. | **ORDER RE: FURTHER PROCEEDINGS** |
| J. JOHNSON, Facility Administrator of Adelanto Ice Processing Center, | |
| Respondent. | |

This action has been referred to the assigned Magistrate Judge pursuant to General Order 05-07.  On April 24, 2026, Tuy-Cux Diego ("petitioner") filed an Ex Parte Motion for a Temporary Restraining ("TRO") Order ("Ex Parte Motion").  On April 29, 2026, the Magistrate Judge referred the case to the Federal Public Defender for the Central District of California ("FPD") for consideration of appointment of counsel for petitioner, (see Dkt. 7, Court's Order of April 29, 2026), and the FPD filed its appearance on May 7, 2026.  (See Dkt. 10, Notice of Appearance).  On May 8, 2026, petitioner filed a Petition for Writ of Habeas Corpus ("Petition") and a supplement to his Ex Parte Motion.  Based on the foregoing, IT IS ORDERED THAT:

1. Because the court has appointed counsel for petitioner, all filings from now on must be submitted through counsel.  Local Rule 83-2.3.1 ("Whenever a party has appeared by an attorney, the party may not thereafter appear or act pro se, except upon order made by the Court after notice to such attorney and to any other parties who have appeared in the action.").

2. Because the standards for granting a TRO and a preliminary injunction are the same, see Stuhlbarg Int'l Sales Co. v. John D. Brush & Co., 240 F.3d 832, 839 n. 7 (9th Cir. 2001), the Court will convert petitioner's Ex Parte Motion to a Motion for a Preliminary Injunction ("Dkt. 1, Motion").

3. Petitioner's counsel shall file a fee waiver and, if necessary, a supplement to petitioner's Petition and Motion no later than **May 13, 2026**.

4. Respondent shall file a combined response to the Petition and Motion no later than **May 15, 2026**.

5. Petitioner shall file a combined reply in support of the Petition and the Motion no later than **May 19, 2026**.

Dated this 11th day of May, 2026.

/s/
_____
Fernando M. Olguin
United States District Judge

2